UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22122-CIV-WILLIAMS

JERMAINE L. COPELAND,

    Plaintiff,

vs.

MARK S. INCH, *et al.*,

    Defendants.
_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendations (DE 5) ("Report") regarding Plaintiff's pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (DE 1). Plaintiff did not file objections to the Report. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 5) are **AFFIRMED AND ADOPTED**.

The Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §§ 1391(b) and 1406(a). All pending motions are **DENIED AS MOOT** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:
Jermaine Leon Copeland,
DC #04598
Charlotte Correctional Institution
Inmate Mail / Parcels
33123 Oil Well Road
Punta Gorda, FL 33955